[No. 15315-1-III.    Division Three.    January 6, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. JOHN W. E. ELLIS, *Appellant*.

Appeal from a judgment of the Superior Court for Chelan County, No. 93-1-00489-4, John E. Bridges, J., entered November 17, 1995. *Affirmed* by unpublished opinion per Brown, J., concurred in by Kurtz, A.C.J., and Kato, J.

[No. 15905-1-III.    Division Three.    January 6, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. JASON L. DURY, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 96-8-00324-3, Richard J. Schroeder, J., entered June 14, 1996. *Affirmed* by unpublished opinion per Schultheis, C.J., concurred in by Sweeney and Brown, JJ.

[No. 14629-4-III.    Division Three.    January 8, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. KIRK D. CROSS, *Appellant*.

Appeal from a judgment of the Superior Court for Asotin County, No. 94-1-00044-8, John M. Lyden, J., entered January 6, 1995. *Affirmed* by unpublished opinion per Schultheis, C.J., concurred in by Kurtz and Brown, JJ.

[No. 15499-8-III.    Division Three.    January 8, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. JOSE ANGEL SALAZAR, *Appellant*.

Appeal from a judgment of the Superior Court for Franklin County, No. 95-1-50022-5, Craig J. Matheson, J., entered October 10, 1995. *Affirmed* by unpublished opinion per Schultheis, C.J., concurred in by Sweeney and Kato, JJ.